[No. 36051-9-II.   Division Two.   July 29, 2008.]

ELIZABETH G. LUTES, *Respondent*, v. DONALD KOISTINEN, *Defendant*, ROTSCHY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-03041-4, Roger A. Bennett, J., entered March 5, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[Nos. 36118-3-II; 36508-1-II.   Division Two.   July 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALPHONSE FISHER, *Appellant*.

Appeals from a judgment of the Superior Court for Clark County, No. 05-1-02281-7, John F. Nichols, J., entered February 22, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 36144-2-II.   Division Two.   July 29, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. NOFOAO FILIMAUA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-05824-4, Bryan E. Chushcoff, J., entered March 23, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36295-3-II.   Division Two.   July 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD DUANE STULTZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-01847-6, Theodore F. Spearman, J., entered May 11, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Armstrong, J.